GEORGE SPRICKERHOFF et al., Appellants, *v.* DAVID GORDON, Respondent.

*Sprickerhoff* v. *Gordon*, 120 App. Div. 748, affirmed.
(Submitted January 26, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

37

October 4, 1907, in favor of defendant upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the marketability of the title to certain real property.

*Mortimer M. Menken* for appellants.

*Joseph G. Engel* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.